

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2022

No. 04-22-00333-CR

Steven James **ELSIK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-21-0009-CR-B
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

The reporter's record was originally due June 6, 2022, but was not filed.  On June 6, 2022, the court reporter filed a notification of late record, requesting an extension until July 21, 2022 to file the record.  After consideration, we **GRANT IN PART** the request and **ORDER** the court reporter to file the record by **July 6, 2022**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court